IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| JACK MILLER, III.,<br>Institutional ID No. 40498<br><br>Plaintiff,<br><br>v.<br><br>ALEJANDRO TOMAS MORANTE<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§   Civil Action No. 6:23-cv-00016-H-BU<br>§<br>§<br>§<br>§<br>§ |

**<u>MAGISTRATE JUDGE'S QUESTIONNAIRE</u>**

Plaintiff, Jack Miller, III., is ORDERED to complete the attached Questionnaire. Plaintiff must certify under penalty of perjury that his answers to this Questionnaire are true by signing the included Certification. Plaintiff's responses to the Questionnaire and his Certification must both be returned to the United States District Clerk, 33 E. Twohig Avenue, Room 202, San Angelo, TX 76903 no later than **May 29, 2023.**

The purpose of this Questionnaire is to assist the Court in conducting its preliminary screening of Plaintiff's claims. Therefore, Plaintiff should read each question carefully and respond with facts specific to the question asked. Otherwise, the screening process may be delayed, or Plaintiff's claims may be dismissed.

Plaintiff is cautioned that failure to return the completed Questionnaire and Certification within the time above will likely result in dismissal of his claims.

Plaintiff is also ORDERED to immediately notify the Court of any change of his address by filing a document captioned "NOTICE OF CHANGE OF ADDRESS." This

document must contain only information regarding the change of address, including effective date, and not seek any other relief from the Court.

ORDERED this 1st day of May, 2023.

_____
JOHN R. PARKER
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | | |
|---|---|---|
| JACK MILLER, III., <br> Institutional ID No. 40498 | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 6:23-cv-00016-H-BU |
| | § § | |
| ALEJANDRO TOMAS MORANTE | § § | |
| Defendant. | § § | |

**QUESTIONNAIRE AND DECLARATION**

On this date Plaintiff, under penalty of perjury, provides the following answers and information as required by the Court.

**Question No. 1:** You claim that Defendant Morante stopped you unlawfully for non-working headlights because your headlights were working properly prior to the traffic stop. If your headlights were working, why do you believe Morante stopped you?

**Answer:**

3

**Question No. 2:** You claim that Defendant held you against your will for an extended period of time. Why do you believe that Defendant chose to prolong the stop?

**Answer:**

**Question No. 3:** About how long were you recording the police in the empty parking lot prior to being stopped by Defendant?

**Answer:**

**Question No. 4:** Please describe exactly what you were doing while in the parking lot recording the police.

**Answer:**

**Question No. 5:** Please explain the harm that you suffered as a result of the incident.

**Answer:**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | | |
|---|---|---|
| JACK MILLER, III., <br> Institutional ID No. 40498 <br><br> Plaintiff, <br><br> v. <br><br> ALEJANDRO TOMAS MORANTE <br><br> Defendant. | § § § § § § § § § § § § | Civil Action No. 6:23-cv-00016-H-BU |

## **CERTIFICATION UNDER 28 U.S.C. § 1746**

I, JACK MILLER, III., understand that a false answer to any of the questions in the Magistrate Judge's Questionnaire will subject me to the penalties of perjury. With this understanding, I certify under penalty of perjury that my answers to the Magistrate Judge's Questionnaire are true and not false in any respect.

_____     _____
Date                                                                   JACK MILLER, III.