UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

JACK MILLER, III,

    Plaintiff,

v.   No. 6:23-CV-016-H-BU

ALEJANDRO TOMAS MORANTE,

    Defendant.

## ORDER

The United States Magistrate Judge issued Findings, Conclusions, and a Recommendation (FCR) that the plaintiff's claims be dismissed. Dkt. No. 14. No objections were filed.

Where no specific objections are filed within the 14-day period, the Court reviews the Magistrate Judge's findings, conclusions, and recommendations only for plain error. *See Douglass v. United Servs. Auto Ass'n*, 79 F.3d 1415, 1417 (5th Cir. 1996), *superseded by statute on other grounds*, 28 U.S.C. § 636(b)(1); *Serrano v. Customs & Border Patrol, U.S. Customs & Border Prot.*, 975 F.3d 488, 502 (5th Cir. 2020). The District Court has reviewed the FCR for plain error. Finding none, the Court accepts and adopts the FCR. The plaintiff's claims against the defendant are dismissed.

So ordered on April 16, 2024.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE